"1. Was the Appellate Court correct in concluding that the plaintiff's objection to the report of the trial referee was untimely?

"2. If the objection was untimely, was the Appellate Court correct in concluding that plenary review of the plaintiff's objection was nonetheless warranted?"

*Lawrence D. Church,* in support of the petition.

*Mark F. Katz,* in opposition.

Decided December 20, 1988

STATE OF CONNECTICUT *v.* EDDIE WILSON

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 104, is denied.

*Leopold P. DeFusco,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided January 3, 1989

ROY E. CASEY *v.* WARDEN

The petitioner's petition for certification for appeal from the Appellate Court is denied.

*Roy E. Casey,* pro se, in support of the petition.

Decided January 12, 1989

STATE OF CONNECTICUT *v.* ELLIOTT G. VALLAS

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 245, is granted, limited to the following issue:

"Did the Appellate Court err in affirming the defendant's conviction and holding that the wiretap panel's